| PROB 12C | | |
| --- | --- | --- |
| (Rev 01/20) | | |

# UNITED STATES DISTRICT COURT
for
**Eastern District of Wisconsin**

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
| --- | --- | --- | --- |
| Name of Offender: | James Earl Holmes | Case Number: | 0757 2:03CR00191 - 1 |
| Name of Judicial Officer: | U.S. District Judge J.P. Stadtmueller | | |
| Date of Original Sentencing: | 03/11/2004 | | |
| Original Offense: | Being a Felon in Possession of a Firearm | | |
| Original Sentence: | 180 months imprisonment; 60 months supervised release; $100.00 special assessment | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | 03/08/2019 |
| Assistant U.S. Attorney: | Richard Frohling | Defense Attorney: | Laurence Moon |

### PETITIONING THE COURT

☒ To issue a warrant   ☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The person under supervision shall not commit another federal, state or local crime. |
| | The person under supervision shall not possess a firearm or other dangerous weapon. |
| | According to officers with the Pineville, North Carolina Police Department, Mr. Holmes was at a party on the night of 5/29/21 in Pineville, North Carolina, when he made an advance towards a female at the party. She advised Mr. Holmes she was not interested, so Mr. Holmes pulled out a firearm and shot her. She was struck twice and her injuries are not life threatening. Witnesses to the incident identified Mr. Holmes as the shooter. Mr. Holmes was arrested at the scene and after he was transported to the Mecklenburg County Jail, officers recovered a firearm from his diaper. Mr. Holmes has been charged in Mecklenburg County Court with Assault with a Deadly Weapon in Case No. 21CR216540 and Being a Felon in Possession of a Firearm in Case No. 21CR216539. He has a $150,000.00 bail. Witnesses to the incident have indicated Mr. Holmes also shot into an occupied residence; however, at this time he is not charged in relation to that incident. |
| 2. | The person under supervision shall not leave the judicial district without the permission of the court or his probation officer. |
| | On 5/29/21, Mr. Holmes left the judicial district and traveled to Pineville, North Carolina. He did not have permission from his officer to leave the district and travel to North Carolina. |

**U.S. Probation Officer Recommendation:**
Mr. Holmes is currently in state custody in North Carolina with charges pending for possessing a firearm and shooting someone. He is being held on a $150,000.00 bail.

At this time, it respectfully recommended a warrant be issued to act as a detainer against Mr. Holmes.

Acting U.S. Attorney Richard Frohling was contacted and concurs with this recommendation.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on      06/02/2021

s/ Michael A. Karolewicz
Michael A. Karolewicz
U.S. Probation Officer

MAK/pam

THE COURT ORDERS:
☐ No action.
☒ The issuance of a Warrant.  Judge concurs with officers recommendation.
☐ The issuance of a Summons.
☐ Other:

s/ J.P. Stadtmueller
J.P. Stadtmueller
U.S. District Judge
6/2/2021
Date